GLENN N. BOWERS *v.* WARDEN, CONNECTICUT
CORRECTIONAL INSTITUTION, SOMERS

The petitioner Glenn N. Bowers' petition for certification for appeal from the Appellate Court, 19 Conn. App. 440, is denied.

*Michael O. Sheehan,* in support of the petition.

*James M. Ralls,* deputy assistant state's attorney, in opposition.

Decided September 27, 1989

PAUL KINDERMAN *v.* KATHY KINDERMAN

The defendant's petition for certification for appeal from the Appellate Court, 19 Conn. App. 534, is denied.

*Joseph T. O'Connor,* in support of the petition.

*Wesley W. Horton* and *Alexandra Davis,* in opposition.

Decided September 27, 1989

STATE OF CONNECTICUT *v.* LONNIE MEBANE

The defendant's petition for certification for appeal from the Appellate Court, 19 Conn. App. 618, is denied.

*James L. Radda,* special public defender, in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided September 27, 1989